**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-7156**

---

JAMES A. GILES,

                Plaintiff - Appellant,

      v.

DOCTOR ALLAN WALLS; DOCTOR EILLEN DELANEY; DOCTOR ROBERT
POILETMAN; MRS. AMY ENLOE,

                Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(0:10-cv-00959-DCN)

---

Submitted:  January 31, 2012        Decided:  February 3, 2012

---

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James A. Giles, Appellant Pro Se.  Steven Michael Pruitt,
MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Giles appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and the court's order denying his motion to alter or amend the judgment under Fed. R. Civ. P. 59(e).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Giles v. Walls, No. 0:10-cv-00959-DCN (D.S.C. Aug. 8, 2011; Aug. 17, 2011; Aug. 24, 2011).  We deny Giles' motion to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2